Colin M. Stephens
STEPHENS BROOKE, P.C.
315 W. Pine
Missoula, MT 59802
Phone:  (406) 721-0300
colin@stephensbrooke.com

Roy Falik
KIN & SPALDING LLP
1401 Lawrence St.
Suite 1900
Denver, CO 80202
Phone:  (858) 344-7745
rfalik@kslaw.com

David Harper Weiss
MAYER BROWN LLP
700 Louisianna St.
Suite 3400
Houston, TX 77002-2798
dweiss@mayerbrown.com

      *Attorneys for Defendant*


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| United States of America, | Case No.: 98-cr-00021-M-DWM-2 |
| Plaintiff, | |
| -vs- | **OPPOSED MOTION FOR REDUCTION OF SENTENCE UNDER** *18 U.S.C. § 3582(c)* |
| Stacy Weischedel, | |
| Defendant. | |

## MOTION FOR REDUCTION OF SENTENCE UNDER

1

## *18 U.S.C. § 3582(C)*

Stacy Weischedel, through counsel, moves the Court, pursuant to *18 U.S.C. § 3582(c)(1)(A)*, to reduce her sentence to a sentence of time-served. A brief in support of this Motion, List of Exhibits and supporting declarations and exhibits attached thereto are filed contemporaneously with the Motion.

Counsel for the government has been contacted and **objects** to this motion.

RESPECTFULLY SUBMITTED this 12th day of June, 2025.

/s/ Colin M. Stephens
Colin M. Stephens

/s/ Roy Falik
Roy Falik

/s/ David Harper Weiss
David Harper Weiss

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, a copy of the foregoing document was served on the following persons electronically through CM-ECF:

Clerk, United States District Court

**Jennifer S. Clark**
DOJ-USAO
101 E. Front Street,
Suite 401
Missoula, MT 59802
406-329-4265
Email: jennifer.clark2@usdoj.gov

Counsel for the United States

I hereby certify that a copy will be hand-delivered to Stacy Weischedel at the Federal Correctional Institution in Danbury, Connecticut, by June 16, 2025.

/s/ Colin M. Stephens
Colin M. Stephens
STEPHENS BROOKE, P.C.
Attorney for Defendant

3